United States District Court
Southern District of Texas
**ENTERED**
October 15, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JULIA DOLORES ESPARZA, §<br>    Plaintiff, §<br> §<br>v. §<br> §<br>WAL-MART STORES TEXAS, LLC, §<br>    Defendant. § | | Civil Action No. 1:19-cv-00107 |

## ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' "Stipulation of Dismissal with Prejudice" (Docket No. 13). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Julia Dolores Esparza's claims against Wal-Mart Stores Texas, LLC are **DISMISSED WITH PREJUDICE**. The parties will bear their own attorney's fees, expenses, and costs of the Court. The District Clerk's Office is **ORDERED** to close this case.

Signed on this 15th day of October, 2020.

Rolando Olvera
United States District Judge